UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI (Springfield)

| | | |
|---|---|---|
| IN RE: | ) | In proceeding for straight |
| | ) | liquidation under Chapter 7 |
| SEQUEL LIMITED LLC | ) | of the Bankruptcy Code |
| | ) | |
| Debtor(s). | ) | No. 03-63126 |

## TRUSTEE'S APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

COMES NOW Thomas J. O'Neal, Trustee, and applies to this Court for its Order authorizing the Trustee to pay into the Registry of the Court the total sum of Nine Hundred Sixty-five Dollars and 35/100 ($965.35) for the following reasons:

1. The Trustee is the duly appointed Trustee of this estate.

2. The Trustee filed his Final Report on August 11, 2009, and upon Court approval disbursed funds as ordered on September 15, 2009.

3. The Trustee issued the following checks on September 15, 2009:

| PAYEE | AMOUNT | CHECK # |
|---|---|---|
| Auto Body Supply Co. | $30.35 | 535 |
| Citicorp Vendor Finance | $16.14 | 537 |
| Gerrard Packaging Inc. | $1.87 | 565 |
| Realtime Software Corp. | $122.53 | 572 |
| Mike Thomas | $68.15 | 576 |
| Jefferson Smurfit Corp. | $74.25 | 577 |
| L&B Industries, Inc. | $410.93 | 581 |
| Peterson Acquisition Inc. | $11.06 | 587 |
| Petals Plus Florist | $.76 | 588 |

2611596.01

| Carlisle Engineered Products | $229.31 | 601 |

4. The Trustee has made several attempts to locate the above creditors.

The Trustee would request the Court to enter an Order authorizing the Trustee to deposit the remaining funds totaling Nine Hundred Sixty-five Dollars and 35/100 ($965.35) in his possession into the Registry of the Court.

WHEREFORE, Thomas J. O'Neal, Trustee, moves the Court for its Order authorizing him to deposit into the Registry of the Court the total sum of $965.35.

*/s/ Thomas J. O'Neal*
Thomas J. O'Neal, Trustee

Missouri Bar No.  20467
POLSINELLI SHUGHART, P.C.
901 St. Louis St., Ste. 1200
Springfield, MO  65806
Telephone:    (417) 869-3353
Facsimile:    (417) 869-9943

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing on the U.S. Trustee, 400 East 9th Street, Room 3440, Kansas City, MO 64106, by either electronic filing or by depositing a copy of same in the U.S. Mail, postage prepaid, on this May 14, 2010.

*/s/ Thomas J. O'Neal*
Thomas J. O'Neal

2611596.01